IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV278-MU

| | |
|---|---|
| JOE P. PRITCHARD, IRIS K. PRITCHARD ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| ELIZABETH JILL SLADOJE ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Reconsider this Court's Order Granting in Part and Denying in Part Plaintiffs' Application to Proceed In Forma Pauperis (Document No. 4.)

By the instant Motion, the Plaintiffs seek to have this Court reconsider its earlier Order granting in part and denying in part their application to proceed on their Complaint against Defendant Elizabeth Sladoje pursuant to 28 U.S..C. § 1331 without having to prepay the costs associated with bringing this action.

The Court has reviewed the Plaintiffs' Motion and finds that there is good cause to grant such motion.

Based on Plaintiffs' representations in the instant Motion, the Court finds that the Plaintiff does not have sufficient resources from which to pay the filing fee for this action. Consequently, the Plaintiffs' Motion to Reconsider will be granted.

**NOW, THEREFORE, IT IS ORDERED:**

1

1. That Plaintiff's Motion for Reconsideration is Granted;

2. That the Plaintiff's Motion to Proceed In Forma Pauperis is **GRANTED;** and

3. That the Clerk shall prepare process and deliver same to the U.S. Marshal. The U.S. Marshal shall serve process upon the Defendant.

**SO ORDERED**.

Signed: August 23, 2006

Graham C. Mullen
United States District Judge