# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Joe P Pritchard and
Iris K. Pritchard,

        Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                                 3:06-cv-278

Elizabeth Jill Sladoje,

        Defendant(s).


DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 28, 2007 Order.

**Signed: March 28, 2007**

Frank G. Johns, Clerk
United States District Court